# Law Firm of Steven M. Warshawsky

www.warshawskylawfirm.com

| | |
|---|---|
| Empire State Building | Tel: (212) 601-1980 |
| 350 Fifth Avenue, 59th Floor | Fax: (212) 601-2610 |
| New York, New York  10118 | smw@warshawskylawfirm.com |

September 24, 2008

**VIA ELECTRONIC CASE FILING**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:     Overview Books v. United States, CV-08-1842 (ENV/CLP)

Dear Judge Vitaliano:

      The undersigned attorney moves to withdraw from representation of the federal defendants in the above-referenced action and to terminate my appearance in this case.

      I resigned my position as Assistant United States Attorney for the Eastern District of New York, effective August 15, 2008.  Consequently, I no longer am authorized to represent the federal defendants in this case.

      The federal defendants continue to be represented by the U.S. Attorney's Office, EDNY.

      Respectfully submitted,

      *Steven M. Warshawsky*

      _____

      Steven M. Warshawsky (SW5431)

**SO ORDERED.**

_____      _____

**Hon. Eric N. Vitaliano**          **Date**