

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 1, 2008

*BY ELECTRONIC CASE FILING AND BY HAND*

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Overview Books v. The United States*, No. CV-08-1842 (ENV)(CLP)

Dear Judge Vitaliano:

    Enclosed please find the following documents filed in connection with the Defendants' fully submitted Motion to Dismiss filed today:

1.  Defendants' Letter to Norman J. Finkelshteyn dated September 12, 2008,
2.  Defendants' Notice of Motion dated September 12, 2008,
3.  Defendants' Memorandum of Law in Support of their Motion to Dismiss dated September 12, 2008,
4.  Declaration of John Vagelatos dated September 12, 2008, and attached exhibits A-E,
5.  Declaration of Service dated September 12, 2008,
6.  Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint dated November 3, 2008, and attached exhibits A-E,
7.  Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint dated December 1, 2008,
8.  Declaration of Service dated December 1, 2008.

    We thank the Court for its consideration.

        Respectfully submitted,

        BENTON J. CAMPBELL
        United States Attorney
        Eastern District of New York

    By: _____
        John Vagelatos (JV 2063)
        Assistant United States Attorney
        Eastern District of New York
        (718) 254-6182
        John.Vagelatos@usdoj.gov

cc:    The Honorable Cheryl L. Pollak (via ECF)
        Norman J. Finkelshteyn (via ECF)